PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court



November 6, 2007

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

Re: Johnson v. Scribner et al, Case No. 07cv2068 JM (POR)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/M. Cruz
    M. Cruz, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:



RECEIVED ITEMS DESCRIBED

THIS DATE OF __11/27/07__   ASSIGNED CASE NUMBER CV07-7692 DOC (FFM)

CLERK, U.S. DISTRICT COURT

By: __LaRee Horn_____, Deputy